UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 16424
   DAVID M MISH
   PAULINE M MISH                         CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-4671    SSN XXX-XX-7066
```

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/25/08 and confirmed on 08/19/08.

    2.  The case was converted to Chapter 7 after confirmation, 02/16/2009.

    3.  The Debtor paid a total of $  1787.50 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| BLITT & GAINES | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MBNA BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PINNACLE CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SRNLVASA REDDY PIDAPARTI | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | 3818.53 | 351.18 | 1339.15 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| KANE COUNTY TREASURER | UNSECURED | 28.22 | .00 | .00 |

             Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3818.53 | .00 | 28.22 | .00 | 3846.75 |
| PRINCIPAL PAID | 1339.15 | .00 | .00 | .00 | 1339.15 |

```
INTEREST PAID              351.18        .00          .00          .00       351.18
TOTAL PAID                1690.33        .00          .00          .00      1690.33
```

The Debtor's attorney, DERRICK B HAGER                  , was allowed $   2500.00
and was paid $    500.00  direct and $        .00  through the plan.

The Trustee received $      97.17 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/27/09              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE